IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**FELIX D. TAYLOR**                                             **PLAINTIFF**

**V.**                                **CASE NO. 4:09CV00751**

**JOHN SELIG, DIRECTOR, ARKANSAS
DEPARTMENT OF HUMAN SERVICES, ET AL.**            **DEFENDANTS**

**ORDER**

The Court will construe plaintiff's motion (#31) as being filed pursuant to Federal Rule of Civil Procedure 65(a) requesting a preliminary injunction to reinstate his caregiver service pursuant to the Federal Medicaid Act of 1965. *See* Local Rule 7.2(e) of the Eastern District of Arkansas (pretrial motions for preliminary injunctions shall not be taken up and considered unless set forth in a separate pleading accompanied by a separate brief.).

Defendants are to file a response on, or before, February 12, 2010, to the pending motion. The parties are given notice that a telephone conference is scheduled for February 17, 2010, at 10:00 a.m. to address plaintiff's request for reinstatement of his caregiver service, his request for an extension of time to respond to the pending motions to dismiss, his discovery request, and his request for appointment of counsel.

The parties are to call 1-501-604-5150 and inform the Court of their telephone numbers where they can be reached for the telephone conference by noon on Tuesday, February 16, 2010.

IT IS SO ORDERED THIS __8__ day of __February__, 2010.

                                                     _____
                                                     James M. Moody
                                                     United States District Judge