IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

FELIX D. TAYLOR                                                                    PLAINTIFF

V.                                    CASE NO.  4:09CV00751

JOHN SELIG, DIRECTOR, ARKANSAS
DEPARTMENT OF HUMAN SERVICES, ET AL.                        DEFENDANTS

## ORDER

The telephone conference set for February 17, 2010, at 10:00 a.m. is continued until February 26, 2010, at 9:15 a.m.  Defendants are to file a response to the pending motion (#31) no later than February 15, 2010.  Plaintiff may file a reply no later than February 24, 2010.

IT IS SO ORDERED THIS 11 day of February, 2010.

James M. Moody
United States District Judge