IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


**FELIX D. TAYLOR**                                                                                       **PLAINTIFF**


V.                                    CASE NO.  4:09CV00751 JMM


**JOHN SELIG, IN HIS OFFICIAL CAPACITY**
**AS DIRECTOR OF THE ARKANSAS DEPARTMENT**
**OF HUMAN SERVICES, ET AL.**                                                            **DEFENDANTS**


**JUDGMENT**

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that plaintiff's federal claims against all defendants are dismissed with prejudice and plaintiff's state law claims are dismissed without prejudice.

IT IS SO ORDERED this   19   day of April, 2010.


_____
James M. Moody
United States District Judge